UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-24392-cv-Altonaga/Simonton

THE NORTHERN ASSURANCE COMPANY OF AMERICA,
A foreign corporation

  Plaintiff,

v.

SANTE TEO, INC., SANTE HOLDINGS, INC., SANTE
SHIPPING LINES, INC., SANTE MANNA S.A. and
SANTE ALE, INC.

  Defendants.
_____/

SANTE TEO, INC., SANTE SHIPPING LINES, INC.,
and SANTE ALE, INC.

  Defendants/ Third-Party Plaintiffs,

v.

THOMAS RUTHERFOORD INC.,

  Third Party Defendants.
_____/

## MEDIATORS REPORT

  MICHAEL P. ESSINGTON, ESQUIRE, the undersigned Certified Mediator reports to this Honorable Court as follows:

  A. Mediation was held on January 7, 2013 at 9:00 am.

   ☐ An agreement was reached.

   X No agreement was reached, impasse declared.

   ☐ The parties wish to adjourn the mediation and continue settlement negotiations.

   ☐ Other:

        _____
        _____
        _____
        _____
        _____
        _____

B.    All required parties were present.

Respectfully submitted by Mediator:

## CERTIFICATE OF SERVICE

THE UNDERSIGNED MEDIATOR HEREBY CERTIFIES that on the 7th day of January, 2013, I electronically filed with the Clerk of this Court using CM/ECF this Notice of Mediation and also to all counsel of record on the attached Service List in the manner specified pursuant to CM/ECF Administrative Procedure.

    /s/ *Michael P. Essington*
MICHAEL P. ESSINGTON, ESQ.
Florida Bar No.: 019127
Michael P. Essington, P.A.
1 Southeast Third Avenue, Suite 1750
Miami, Florida 33131
(T)305-347-5678
(F)305-347-5676
(C)305-282-1783
michael.essington@yahoo.com

## Service List

| | |
|---|---|
| Christopher R. Fertig<br>Florida Bar No. 218421<br>chris.fertig@fertig.com<br>Fertig & Gramling<br>200 SE 13th Street<br>Fort Lauderdale, FL  33316<br>Telephone: 954-763-5020/ Facsimile: 954-763-5412<br>*Attorneys for Sante Teo, Inc., Sante Shipping Lines, Inc. &*<br>*Santa Ale, Inc.*<br><br><br>Allen von Spiegelfeld<br>Florida Bar No. 256803 | Emanuel Galimidi<br>Florida Bar No. 666831<br>ag@lydeckerdiaz.com<br>Lydecker Diaz<br>1221 Brickell Avenue<br>19th Floor<br>Miami, FL 33131<br>Telephone:  305-416-3180/ Facsimile:  305-416-3190<br>*Attorneys for Thomas Rutherfoord, Inc.* |

| | |
|---|---|
| avonsp@bankerlopez.com<br>BANKER LOPEZ GASSLER P.A.<br>501 East Kennedy Boulevard #1500<br>Tampa, FL  33602<br>Telephone:  813-221-1500/ Facsimile:  813-222-3066<br>*Attorneys for The Northern Assurance Company of America* | |